# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE S. MARTIN, | NO. ED CV 10-1501 PSG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRENDA M. CASH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ___August 24, 2011.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE